People v Harley (2024 NY Slip Op 06531)

People v Harley

2024 NY Slip Op 06531

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024

PRESENT: WHALEN, P.J., SMITH, LINDLEY, CURRAN, AND BANNISTER, JJ. (Filed Dec. 20, 2024.)

KA 18-00251.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
DERRICK L. HARLEY, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion to dismiss appeal granted. Matter remitted to Supreme Court, Ontario County, to vacate judgment of conviction and dismiss indictment (see People v Matteson , 75 NY2d 745, 747 [1989]).